PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

**District of Nebraska**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Joshua D. Bargen** | ) | **Case No. 4:11CR3069-001** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joshua Bargen, have discussed with Mindy S. Bare, Pretrial Services Officer, modification of my release as follows:

Add Condition:

* The defendant shall participate in mental health counseling as deemed necessary by the Pretrial Services officer after an appropriate evaluation and recommendation for treatment by a mental health professional; sign authorization for the release of information to Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-1-11   _Mindy S. Bare_  11-1-11
Signature of Defendant        Date      Pretrial Services Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _11-1-11_
Signature of Defense Counsel              Date

[X]    The above modification of conditions of release is ordered, to be effective on  November 2, 2011

[ ]    The above modification of conditions of release is not ordered.

_____          November 2, 2011
Signature of Judicial Officer              Date